**CAPLIN & DRYSDALE**

1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
Tel: 202.862.5000
Fax: 202.429.3301
caplindrysdale.com

May 27, 2025

**Via CM/ECF**
Honorable George C. Hanks, Jr.
515 Rusk Street, Room 6202
Houston, TX 77002

    Re: In re BMI Oldco Inc., *et al*.,
       Case No. 25-cv-02193 (S.D. Tex.)

Dear Judge Hanks:

  We, co-counsel for the Unsecured Creditors' Committee appointed in the bankruptcy case of *In re BMI Oldco Inc.*, Case No. 23-90794 (MI) (Bankr. S.D. Tex.) (the "Committee") and co-counsel for the Debtors in such bankruptcy case,[1] jointly write to request the following schedule for briefing and an initial status conference with regard to the Bankruptcy Court's *Abatement Order and Report and Recommendation to District Court*, docketed with this Court on May 14, 2025 [Docket No. 1]:

- Committee or Other Objecting Party Opening Briefs to be filed by June 11, 2025;

- Debtors or Other Supporting Party Response Briefs to be filed by June 25, 2025;

- Initial Status Conference to be set for a date at this Court's earliest convenience following June 25, 2025.

          Respectfully submitted,

          */s/ Wendy J. Barnett*
          Wendy J. Barnett
          SDTX No. 3631223
          Caplin & Drysdale, Chartered
          *Co-Counsel to Committee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BMI Oldco Inc. (f/k/a Barretts Minerals Inc.) (8715) and Barretts Ventures Teas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

CAPLIN & DRYSDALE

May 27, 2025
Page 2


/s/ Eric D. Wade
Eric D. Wade
SBTX No. 21401
Porter Hedges LLP
*Co-Counsel for the Debtors and Debtors in Possession*

10352107