IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------

In re:

BMI OLDCO INC., *et al.*,[1]

Debtors.

Civil Action No. 4:25-cv-02193

Bankruptcy Case No. 23-90794 (MI)

---------------------------------------------------------

**INTERESTED PARTY AMERICAN INTERNATIONAL INDUSTRIES'
APPENDIX TO MOTION TO INTERVENE AND BRIEF IN SUPPORT OF AORR**

## TABLE OF CONTENTS

| Tab | Description | PDF Page No. |
|-----|-------------|--------------|
| Exhibit 1 | Exhibit 1 – A-I-I's Proof of Claim | 1 |
| Exhibit 2 | Exhibit 2 – *Dianne LaSalle, individually, as Personal Representative of the Estate of the Decedent Jack LaSalle, and on behalf of all wrongful death beneficiaries of Decedent Jack La Salle v. A-I-I et al.*, Second Amended Complaint for Personal Injuries | 6 |
| Exhibit 3 | Exhibit 3 – Joint Plan of Reorganization for BMI OLDCO Inc. and Barretts Ventures Texas LLC Under Chapter 11 of the Bankruptcy Code 10 | 21 |
| Exhibit 4 | Exhibit 4 – Declaration of Mark Bailey, dated June 12, 2015 | 97 |
| Exhibit 5 | Exhibit 5 – IARC Monographs on the Identification of Carcinogenic Hazards to Humans Volume 136 – Talc and Acrylonitrile (2025) | 100 |