IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> BMI OLDCO INC., *et al.*, <br><br> Debtors. | Civil Action No. 4:25-cv-02193 <br><br> Bankruptcy Case No. 23-90794 (MI) |

## [PROPOSED] ORDER

The Court has considered the Motion to Intervene filed by American International Industries ("A-I-I"). The Court finds that A-I-I is a party in interest pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2018. The Court also finds that the Bankruptcy Judge presiding over this matter intended broad participation in this matter, as it was within his discretion to do, and that it would serve the interests of justice for A-I-I to fully participate.

SIGNED this _____ day of _____, 2025.

_____
George C. Hanks Jr.
United States District Judge

4936-2644-2070 v.2

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing document was circulated using the Court's CM/ECF system to all registered users in this matter on the 17th day of July, 2025.

                */s/ Robert E. Thackston*

4936-2644-2070 v.2