**PORTER | HEDGES**

**Eric D. Wade**
(713) 226-6655 Phone
(713) 226-6255 Fax
ewade@porterhedges.com

1000 Main Street, 36th Floor
Houston, Texas 77002-6341
(713) 226-6000 Main
porterhedges.com

August 18, 2025

*Via CM/ECF*

Honorable George C. Hanks, Jr.
United States District Court
Southern District of Texas
515 Rusk St., Room 6202
Houston, Texas 77002

      Re:    *In Re: BMI Oldco Inc., et al.*, Case No. 4:25-cv-02201 (S.D. Tex.) and Case No. 4:25-cv-02193 (S.D. Tex.).

Judge Hanks:

      The Court noticed a status conference in the above referenced cases for August 21, 2025 at 11:00 A.M. with the instruction for the Parties to be prepared to discuss all pending issues before the Court. The Parties have conferred and will be prepared to discuss all pending issues in Case No. 4:25-cv-02193. To the extent the Court wishes to hear oral argument on the Motion for Leave to Appeal or other substantive discussion related to Case No. 4:25-cv-02201, the Debtors request that oral argument be rescheduled for another date due to a conflict regarding the availability of counsel responsible for drafting and arguing that motion. The UCC does not oppose this request.

      The Debtors request clarity from the Court on whether argument on the Motion for Leave to Appeal will go forward during the conference or be scheduled for another day. If oral argument on that Motion is rescheduled, the Debtors will be prepared to discuss alternative dates for oral argument at the conference.

      Sincerely,

Eric D. Wade
SDTX No. 21401
*Co-Counsel for the Debtors*

cc: All counsel of record

EDW:cjr

17380637