# HEARING MINUTES

Cause No:       4:25-CV-2193 and 4:25-CV-2201

Style:          In re BMI Oldco bankruptcy proceeding

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Amy C. Quartarolo | Bankruptcy debtors |
| Marc A. Weinstein | Non-debtor affiliates |
| Robert E. Thackston | American International Industries |
| Kevin M. Davis | Official Committee of Unsecured Creditors |
| Edwin Harron | Future claimants' representative |

Date: August 21, 2025                 Court reporter: ERO
Time: 11:13 a.m.—11:52 a.m.           Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

    The Court held a status conference in these related cases.

The Court took Judge Isgur's report and recommendation [Dkt. 1 in case number 4:25-CV-2193] under advisement. The parties may file supplemental briefing as discussed on the record **on or before August 28, 2025**.

The Court will hear oral argument on the motion to intervene filed by American International Industries [Dkt. 8 in case number 4:25-CV-2193] and on the motion for leave to appeal filed by the Official Committee of Unsecured Creditors [Dkt. 2 in case number 4:25-CV-2201] **on October 8, 2025 at 1:00 p.m.**