# HEARING MINUTES

Cause No:        4:25-CV-2193 and 4:25-CV-2201

Style:           In re BMI Oldco bankruptcy proceeding

Hearing Type:    Motion hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Amy C. Quartarolo | Bankruptcy debtors |
| Eric Konopka | Bankruptcy debtors |
| Marc A. Weinstein | Non-debtor affiliates |
| Christopher K. Kiplok | Non-debtor affiliates |
| Robert E. Thackston | American International Industries |
| Kevin M. Davis | Official Committee of Unsecured Creditors |
| Jeff Jonas | Official Committee of Unsecured Creditors |
| Edwin Harron | Future claimants' representative |

Date: October 8, 2025               Court reporter: ERO
Time: 1:11 p.m.—1:57 p.m.           Law Clerk: L. McKinney

2 / 2

At the hearing, the following rulings were made as stated on the record:

> The Court heard oral argument on the motion to intervene filed by American International Industries [Dkt. 8 in case number 4:25-CV-2193] and on the motion for leave to appeal filed by the Official Committee of Unsecured Creditors [Dkt. 2 in case number 4:25-CV-2201]. The Court took the motions under advisement.