United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re BMI OLDCO INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |
| | § | CIVIL ACTION NO. 4:25-CV-2193 |
| | § | |
| | § | BANKRUPTCY CASE NO. 23-90794 |
| | § | |
| | § | |

## ORDER

Before the Court is Judge Isgur's recommendation that the reference under 28 U.S.C. § 157(a) be withdrawn to determine whether any talc sold by Barretts Minerals, Inc. contained sufficient quantity and form of asbestos to potentially cause mesothelioma or other asbestos-related diseases. (Dkt. 1). The Court **ADOPTS** Judge Isgur's report and recommendation and respectfully **OVERRULES** the objections filed by the Future Claimants' Representative and the Official Committee of Unsecured Creditors. The Court will hold a status conference to discuss the entry of a docket control order **on July 6, 2026 at 2:30 p.m.**

SIGNED at Houston, Texas on June 22, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1