**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:

BMI OLDCO INC., *et al.*,[1]

        Debtors.

Civil Action No. 4:25-cv-02193

Bankruptcy Case No. 23-90794 (MI)

**AGREED ORDER GRANTING IN PART EMERGENCY MOTION TO MODIFY**
**THE ABATEMENT TO PERMIT CERTAIN ADMINISTRATIVE MATTERS TO**
**PROCEED BEFORE THE BANKRUPTCY COURT**

Upon consideration of the *Emergency Motion to Modify the Abatement to Permit Certain Administrative Matters to Proceed Before the Bankruptcy Court* [Docket No. 71] (the "**Motion**") of the Debtors, joined by the FCR;[2] the *Non-Debtor Affiliates' Limited Objection to the Debtors' Emergency Motion to Modify the Abatement to Permit Administrative Matters to Proceed Before the Bankruptcy Court* [Docket No. 76] (the "Limited Objection") filed by Specialty Minerals Inc. and Minerals Technologies Inc. (together, the "Non-Debtor Affiliates"); and any other objections and responses filed to the Motion as of the date hereof; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Debtors, the Special Committee of BMI, FCR, the Committee, and the Non-Debtor Affiliates having agreed to the entry of this

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BMI Oldco Inc. (f/k/a Barretts Minerals Inc.) ("**BMI**") (8715) and Barretts Ventures Texas LLC ("**BVT**," and collectively with BMI, the "**Debtors**") (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

[2]    Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

Order, which resolves the Limited Objection solely as to the relief granted herein and reserves the balance of the relief requested in the Motion to be addressed at the hearing set forth below; and it appearing that the relief granted herein is in the best interests of the Debtors, their estates, and all parties in interest; and this Court having determined that good and sufficient cause exists for granting the relief set forth herein; it is hereby **ORDERED** that:

1. The abatement of the Chapter 11 Cases is hereby lifted as to the Estate Claims Extension Motion and a motion to extend the deadline for the Debtors to remove cases pending in state court to federal court pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 (collectively, the "**Deadline Extension Matters**").

2. The Bankruptcy Court is authorized to consider and rule upon the Deadline Extension Matters on an unabated basis.

3. To the extent necessary, the reference of the Deadline Extension Matters to the Bankruptcy Court is hereby renewed pursuant to 28 U.S.C. § 157(a) and the *Order of Reference to Bankruptcy Judges*, General Order 2012-6 (S.D. Tex. May 24, 2012).

4. The deadline for the Debtors to file the Estate Claims and Avoidance Actions is hereby extended until the Bankruptcy Court has ruled on the Estate Claims Extension Motion.

5. Any additional objections or responses to the Motion must be filed on or before August __, 2026, with any replies to be filed on or before August __, 2026.  Except as to the relief explicitly granted herein, all rights, objections, and defenses of the Debtors,

Non-Debtor Affiliates and all other parties in interest are hereby preserved with respect to the relief sought in the Motion.

6.      The parties believe that an oral hearing would assist the Court in considering the remaining relief requested in the Motion.

7.      This Order does not modify or otherwise affect the withdrawal of the reference as to the Referred Matter and does not affect the schedule or structure of the Proceeding.

8.      All interested parties' rights are otherwise reserved with respect to the remaining relief sought in the Motion or raised in responses to the Motion.

9.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Signed: _____, 2026


_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE