United States District Court
Southern District of Texas

**ENTERED**

August 03, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
-------------------------------------------------------x
In re:                                                 :
                                                       :   Civil Action No. 4:25-cv-02193
BMI OLDCO INC., et al.,[1]                             :
                                                       :   Bankruptcy Case No. 23-90794 (MI)
              Debtors.                                 :
                                                       :
-------------------------------------------------------x
```

**ORDER GRANTING EMERGENCY MOTION TO MODIFY THE ABATEMENT
TO PERMIT CERTAIN ADMINISTRATIVE MATTERS TO PROCEED
BEFORE THE BANKRUPTCY COURT**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BMI Oldco Inc. (f/k/a Barretts Minerals Inc.) ("**BMI**") (8715) and Barretts Ventures Texas LLC ("**BVT**," and collectively with BMI, the "**Debtors**") (0787).  The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

Upon consideration of the *Emergency Motion to Modify the Abatement to Permit Certain Administrative Matters to Proceed Before the Bankruptcy Court* (the "**Motion**"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and all parties in interest; and this Court having determined that good and sufficient cause exists for granting the relief requested; it is hereby **ORDERED** that:

1.    The Motion is GRANTED as set forth herein.

2.    The abatement of the Chapter 11 Cases[2] is hereby lifted as to the Administrative Matters, and the Bankruptcy Court is authorized to consider and rule upon the Administrative Matters on an unabated basis.

3.    Any deadline in the Chapter 11 Cases that has not expired as of entry of this Order and that is the subject of a pending motion before the Bankruptcy Court, including the deadline to file Estate Claims and Avoidance Actions, is hereby extended and abated until the Bankruptcy Court has ruled on such motion.

4.    This Order does not modify or otherwise affect the withdrawal of the reference as to the Referred Matter and does not affect the schedule or structure of the Proceeding.

---

[2]    Capitalized terms used but not defined in this Order shall have the meaning ascribed to them in the Motion.

5.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: ___August 3___, 2026

_____

THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE