**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
|  | § | |
|  | § | |
| *versus* | § | Case Number: 4:25−cv−02193 |
|  | § | |
|  | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Motion Hearing

    Date and Time: August 4, 2026 at 10:30 a.m.

Date: August 3, 2026

                                          Nathan Ochsner, Clerk