**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re BMI OLDCO INC.,** *et al.*, | § § § | **Civil Action No. 4:25-cv-2193** |
| **Debtors.** | § § § § | **Bankruptcy Case No. 23-90794 (MI)** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel, David M. Medina, hereby gives notice of his appearance as counsel for Intervenor and Party in Interest American International Industries, Inc. ("A-I-I") in the above-captioned proceeding. Robert E. Thackston of Nelson Mullins Riley & Scarborough LLP is the designated Attorney-in-Charge for A-I-I.

A-I-I respectfully requests that service of all pleadings, correspondence, materials, and electronic notices be served upon counsel at the address listed below:

David M. Medina
david.medina@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Tel.:   (346) 646-5406

1

Respectfully submitted,

By:    */s/ David M. Medina*
David M. Medina
Texas Bar No. 00000088
S.D. Tex. ID No. 2609723
david.medina@nelsonmullins.com
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Tel.:   (346) 646-5406
Fax:   (346) 241-3758

*Attorneys for Intervenor and
Party-in-Interest American International
Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by electronic transmission to all registered ECF users appearing in this case on this 6th day of August, 2026.

*/s/ David M. Medina*

2