**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re BMI OLDCO INC.,** *et al.*, | § § § | **Civil Action No. 4:25-cv-2193** |
| **Debtors.** | § § § § | **Bankruptcy Case No. 23-90794 (MI)** |

### NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel, Paula D. Pendley, hereby gives notice of her appearance as counsel for Intervenor and Party in Interest American International Industries, Inc. ("A-I-I") in the above-captioned proceeding. Robert E. Thackston of Nelson Mullins Riley & Scarborough LLP is the designated Attorney-in-Charge for A-I-I.

A-I-I respectfully requests that service of all pleadings, correspondence, materials, and electronic notices be served upon counsel at the address listed below:

Paula D. Pendley
paula.pendley@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
3333 Lee Parkway, Suite 750
Dallas, Texas 75219
Tel.:   (469) 484-6100

1

Respectfully submitted,

By:     */s/ Paula D. Pendley*
        Paula D. Pendley
        Texas Bar No. 24123678
        S.D. Tex. ID No. 3928156
        paula.pendley@nelsonmullins.com
        **NELSON MULLINS RILEY &
        SCARBOROUGH, LLP**
        3333 Lee Parkway, Suite 750
        Dallas, Texas 75219
        Tel.:   (469) 484-6100
        Fax:   (469) 828-7217

        ***Attorneys for Intervenor and
        Party-in-Interest American International
        Industries, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by electronic transmission to all registered ECF users appearing in this case on this 13th day of August, 2026.

*/s/ Paula D. Pendley*

2