IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *In re BMI OLDCO, INC., et al.*, | § | Civil Action No: 4:25-cv-02193 |
| | § | |
| Debtors. | § | Bankruptcy Case No: 23-90794 (MI) |
| | § | |
| | § | |

NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel, Marc B. Collier, hereby gives notice of his appearance as counsel for the Special Committee of the Board of Directors of BMI Oldco, Inc. (the "Special Committee") in the above-captioned proceeding.

The Special Committee respectfully requests that service of all pleadings, correspondence, materials and electronic notices be served upon counsel at the address listed below:

Marc B. Collier
Norton Rose Fulbright US LLP
Marc.collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*<u>/s/ Marc B. Collier</u>*
Marc B. Collier
Attorney-in-Charge
Texas Bar No. 00792418
S.D. Tex. ID No. 24057
Marc.collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

COUNSEL FOR THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF BMI OLDCO, INC.

**<u>CERTIFICATE OF SERVICE</u>**

On this the 14th day of August 2026, the above document was served on all counsel of record via the Court's ECF filing system and in accordance with the Federal Rules of Civil Procedure.

*<u>/s/ Marc B. Collier</u>*
Marc B. Collier